### WILLIAM D. PIERCE *v.* COMMISSIONER OF CORRECTION

The petitioner William D. Pierce's petition for certification for appeal from the Appellate Court, 107 Conn. App. 903 (AC 28127), is denied.

*William D. Pierce*, pro se, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided September 16, 2008

### TOWN OF VERNON *v.* FREDERICK M. GOFF ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 107 Conn. App. 552 (AC 28281), is denied.

*I. David Marder*, in support of the petition.

*Harold R. Cummings*, in opposition.

Decided September 16, 2008